

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Leah Waggoner, Appellant

No. 06-12-00100-CV        v.

Danny Jack Sims, Jr., Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-11-40218).   Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Leah Waggoner, pay all costs of this appeal.

RENDERED APRIL 30, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk